



MORRISON | FOERSTER

1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

December 5, 2007

Writer's Direct Contact
212.336.8640
dbrown@mofo.com

# MEMO ENDORSED

**By Hand and UPS Overnight Delivery**

The Hon. P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
Courtroom: 12C
500 Pearl St., Room 2260
New York, NY 10007

Re:   *Schwartz v. Standard Chartered Bank*—Civil Action No: 07-cv-8762

Dear Judge Castel:

We represent Defendant Standard Chartered Bank ("Standard Charter") in this matter and respectfully submit this letter jointly with Gerald Resnick, counsel for Plaintiff Mark Schwartz, to request an adjournment of the Rule 16 initial pretrial conference currently scheduled for December 7, 2007.

The complaint in this matter was filed October 10, 2007. On November 28, 2007, counsel for Standard Charter was sent a waiver of service, which has subsequently been executed and returned to Mr. Resnick. Because Standard Charter is not required to move or answer pursuant to Rule 12 before January 28, 2008, the parties respectfully request that the Rule 16 conference be adjourned until after this date or to any such other date as is convenient for the Court.

If you have any questions, please do not hesitate to contact us.

Respectfully submitted,

David S. Brown

Enclosure
cc:   Miriam H. Wugmeister, Esq.

Gerald Resnick, Esq. (counsel for Plaintiff)

*Handwritten endorsement:* Conference adjourned from December 7 to February 8, 2008 at 11:30 a.m. SO ORDERED. /s/ P. Kevin Castel USDJ 12-6-07

ny-789149