Miriam H. Wugmeister
David S. Brown
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104-0050

Attorneys for Defendant Standard Charter Bank

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK SCHWARTZ,<br><br>                    Plaintiff,<br><br>    - against -<br><br>STANDARD CHARTER BANK,<br><br>                    Defendant. | 07 Civ. 8762 (PKC)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Morrison & Foerster LLP hereby appears as counsel for Defendant Standard Charter Bank.

Dated: New York, NY
       December 14, 2007

                                        Respectfully submitted,

                                          /s/ David S. Brown_____
                                        Miriam H. Wugmeister
                                        David S. Brown
                                        MORRISON & FOERSTER LLP
                                        1290 Avenue of the Americas
                                        New York, NY 10104-0050
                                        (212) 468-8000
                                        (212) 468-7900 (fax)

                                        *Attorneys for Defendant*
                                        *Standard Charter Bank*

ny-790957