Miriam H. Wugmeister
David S. Brown
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104-0050

Attorneys for Defendant Standard Chartered Bank

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK SCHWARTZ,<br><br>                     Plaintiff,<br><br>  - against -<br><br>STANDARD CHARTERED BANK,<br><br>                     Defendant. | 07 Civ. 8762 (PKC)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Defendant Standard Chartered Bank, by and through its attorneys Morrison & Foerster, discloses the following information pursuant to Federal Rule of Civil Procedure Rule 7.1: The parent corporation of Standard Chartered Bank is Standard Chartered, PLC, which is headquartered in London.

Dated: New York, New York
       January 25, 2008

                                         Respectfully submitted,

                                         */s/*
                                         Miriam H. Wugmeister (mwugmeister@mofo.com)
                                         David S. Brown (dbrown@mofo.com)
                                         MORRISON & FOERSTER LLP
                                         1290 Avenue of the Americas
                                         New York, NY 10104-0050
                                         (212) 468-8000
                                         (212) 468-7900 (fax)

                                         *Attorneys for Defendant Standard Chartered Bank*

ny-793884

## CERTIFICATE OF SERVICE

I, David S. Brown, counsel for Defendant Standard Chartered Bank, hereby certify that on this date, January 25, 2008, I caused a true and correct copy of the attached Rule 7.1 Disclosure Statement and Answer and Affirmative Defenses to Plaintiff's Complaint to be served by overnight delivery on the following:

> Gerald J. Resnick, Esq.
> Resnick Nirenberg & Siegler
> 100 Eagle Rock Avenue, Suite 301
> East Hanover, New Jersey 07936
>
> *Counsel for Plaintiff Mark Schwartz*

Dated:   January 25, 2008
         New York, New York

_____
David S. Brown