UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Mark Schwartz

      Plaintiff,

    -against-

Standard Chartered Bank

      Defendant.
----------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-11-08

~~ORDER OF REFERENCE~~
TO A MAGISTRATE JUDGE

07 Civ. 8762 (PKC)(THK)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

  If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_ Settlement* The parties advise they would be Ready for a settlement conference _____

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

  Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

  Particular Motion:_____

  _____

  All such motions: _____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

                _____
                P. Kevin Castel
                United States District Judge

DATED: New York, New York
     February 11, 2008