

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MARK SCHWARTZ,

                    Plaintiff,

- against -

STANDARD CHARTERED BANK,

                    Defendant.

Civil Action: 07-cv-8762 (PKC)

**STIPULATION FOR DISMISSAL**
**WITH PREJUDICE; [PROPOSED]**
**ORDER**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Mark

Schwartz and Defendant Standard Chartered Bank, through their attorneys of record, that

pursuant to Federal Rule of Civil Procedure 41(a) and in accordance with the executed

Settlement Agreement between the parties, Plaintiff's Complaint against Defendant is

hereby voluntarily dismissed, with prejudice. Each party to bear its and his own costs and

attorneys' fees. It is further stipulated and agreed that this Court shall retain jurisdiction to

enforce the terms of the Settlement Agreement.

**IT IS SO STIPULATED AND AGREED.**

Dated:    New York, New York
          March 26, 2008

Miriam H. Wugmeister (mwugmeister@mofo.com)
David S. Brown (dbrown@mofo.com)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-8000 / (212) 468-7900 (fax)
*Counsel for Defendant Standard Chartered Bank*

Gerald J. Resnick
Resnick Nirenberg & Siegler
100 Eagle Rock Avenue, Suite 301
East Hanover, New Jersey 07936
*Counsel for Plaintiff Mark Schwartz*

SO ORDERED.

Hon. P. Kevin Castel, U.S.D.J.

3-31-08